JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JEFFREY THOMPSON, | ) | Case No. CV 07-08048-MLG |
|        Plaintiff, | ) | JUDGMENT |
|   v. | ) | |
| MICHAEL J. ASTRUE,<br>Commissioner of the<br>Social Security Administration, | ) | |
|        Defendant. | ) | |

IT IS ADJUDGED that judgment be entered in favor of Plaintiff and that the matter be remanded for an award of benefits.

DATED: September 8, 2008

_____
MARC L. GOLDMAN
United States Magistrate Judge