JERRY PERSKY
California State Bar No. 96574
5657 Wilshire Boulevard, Suite 340
Los Angeles, California 90036
Telephone No.  (323) 938-4000
Facsimile No.   (323) 938-4068
E-mail address: jpersky48@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY THOMPSON,            )<br>                              )<br>           Plaintiff,         )<br>                              )<br>     v.                       )<br>                              )<br>MICHAEL J. ASTRUE  ,          )<br>COMMISSIONER OF SOCIAL        )<br>SECURITY ADMINISTRATION,      )<br>                              )<br>           Defendant.         )<br>_____) | NO.  CV 07-8048 MLG<br><br>ORDER AWARDING EAJA<br>ATTORNEY FEES |

The Court having received a Stipulation for an Award of Attorney Fees under the Equal Access to Justice Act (EAJA) in the amount of three thousand five hundred dollars and no cents ($3,500.00),

IT IS HEREBY ORDERED that plaintiff's counsel, as plaintiff's assignee, be awarded EAJA fees in the amount stipulated.

DATED: December 2, 2008

_____
MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE

1